PER CURIAM.
Affirmed. See State v. Miami Beach Redevelopment Agency, 392 So.2d 875 (Fla.1980); City of Jacksonville v. Griffin, 346 So.2d 988 (Fla.1977); Tosohatchee Game Preserve, Inc. v. Central & Southern Florida Flood Control District, 265 So.2d 681 (Fla.1972); Grubstein v. Urban Renewal Agency of Tampa, 115 So.2d 745 (Fla.1959); Central & Southern Florida Flood Control District v. Wye River Farms, Inc., 297 So.2d 323 (Fla. 4th DCA 1974); Wright v. Dade County, 216 So.2d 494 (Fla. 3d DCA 1968), cert. denied, 225 So.2d 527 (Fla.1969), cert. denied, 396 U.S. 1008, 90 S.Ct. 565, 24 L.Ed.2d 500 (1970).